FILED
 2008 Sep-04 PM 01:50
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SAUL CRUZ, individually and on behalf of all others similarly situated,**  **Plaintiffs,**  **v.**  **CINRAM, INC.; ELWOOD TRI, INC.; BLAIR STAFFING, INC.; and LYONSHR, INC.,**  **Defendants.** | )  )  )  )  )  ) **Case No.: 4:08-CV-342-VEH**  )  )  )  )  )  )  )  )  ) |

## ORDER OF PRO TANTO DISMISSAL; CORRECTING CASE CAPTION

On May 9, 2008, the plaintiff, Saul Cruz, individually and on behalf of all others similarly situated, filed a Notice of Dismissal of Defendant Cinram International, Inc. to which the defendant does not object. (Doc. 33). The Notice did not state whether it was "with prejudice", or "without prejudice". Therefore, the court must determine whether or not such notice is, under the applicable rules, with prejudice or without prejudice.

Voluntary dismissals are governed by Rule 41, Fed. R. Civ. P. Specifically,

Rule 41(a) states that "... an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs...." This Rule further states that, '[u]nless otherwise stipulated in the notice of dismissal ..., the dismissal is <u>without prejudice</u>" (emphasis supplied). The court docket sheet shows that Defendant Cinram International, Inc. had not, as of the date the Notice of Dismissal was filed, filed an answer or a motion for summary judgment. (Indeed, <u>no</u> Defendant had filed an answer or a motion for summary judgment.)

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that all claims asserted by Plaintiffs against Defendant Cinram International, Inc. are hereby **DISMISSED without prejudice**, each party to bear its own costs.

In accordance with the above, and in light of the Plaintiffs' Amended Complaint (Doc. 15)[1], the case style in this action shall be changed in all future pleadings to match the case style set out in this Order.

**DONE** and **ORDERED** this the 4th day of September, 2008.

                                                **VIRGINIA EMERSON HOPKINS**
                                                United States District Judge

---

[1] *See also*, Plaintiffs' Response to Court Order to Show Cause, doc. 14.